USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,
　　　　　　　　Judgment Creditor,

v.

RICHARD RAKUS,
　　　　　　　　Judgment Debtor.

12 CR 0384 (KMW)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

　　　WHEREAS, on July 27, 2015, the United States of America obtained a judgment against the judgment debtor, RICHARD RAKUS, in the amount of $210,300, for which the outstanding balance is $197,713, and the parties have agreed to voluntary automatic deduction of 8% per pay period from his gross compensation to pay the judgment,

　　　IT IS HEREBY STIPULATED AND AGREED that the current employer or third-party compensation provider of RICHARD RAKUS, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 8% of gross compensation per pay period from RICHARD RAKUS until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 12 CR 0384.

Dated: May 24 2024
　　　　New York, New York

_____
RICHARD RAKUS
*Judgment Debtor*

DAMIAN WILLIAMS
United States Attorney

_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED: 5/30/24

_____
UNITED STATES DISTRICT JUDGE